PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON RUSSELL BORGES,<br><br>Defendant. | CASE NO. 1:24-cr-00254-KES-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 24, 2024, charging the above defendant with a violation of 18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of a Minor (3 Counts); 18 U.S.C. § 2253(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant

///

///

///

1 thereto, except when necessary for the issuance and execution of the warrant.

Dated: October 24, 2024                Respectfully submitted,

                                                       PHILLIP A. TALBERT
                                                      United States Attorney

                                                      By */s/ Brittany M. Gunter*
                                                      BRITTANY M. GUNTER
                                                      Assistant U.S. Attorney

                                    IT IS SO ORDERED.

Dated:  October 24, 2024                _____
                                                 BARBARA A. MCAULIFFE
                                                 U.S. Magistrate Judge