
**FILED**
Nov 08, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BRANDON RUSSELL BORGES,<br><br>　　　　　　Defendant. | CASE NO. 1:24-CR-00254-KES-BAM<br><br>[~~PROPOSED~~] ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED

DATED: 11/8/24

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. BARBARA A. MCAULIFFE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2