PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00254-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION TO REVOKE ORDER OF DETENTION; ORDER |
| v. | |
| BRANDON RUSSELL BORGES, | |
| Defendant. | |

The United States of America, by and through its counsel of record, and defendant Brandon Russell Borges, by and through defendant's counsel of record, Griffin Estes, hereby stipulate as follows:

1.  On November 25, 2024, the defendant filed a Motion to Revoke Order of Detention. ECF 18.

2.  The Court set a hearing on the defendant's Motion for December 16, 2024. ECF 19. The Court also set a briefing schedule related to the defendant's Motion, which indicated that the "opposition to the motion is due seven (7) days from the filing date of the motion." ECF 19.

3.  Because of the holidays and approved leave between the date of the defendant's Motion and the date the opposition would be due, December 2, 2024, the government requests to modify the due date of its opposition to December 4, 2024.

4.  The defendant does not oppose modifying the briefing schedule to permit the government

to file its opposition by December 4, 2024.

IT IS SO STIPULATED.

Dated:  November 29, 2024      PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  November 26, 2024      /s/ GRIFFIN ESTES
GRIFFIN ESTES
Counsel for Defendant

**ORDER**

IT IS ORDERED that the government's opposition to the defendant's Motion to Revoke Order of Detention is due on December 4, 2024.

IT IS SO ORDERED.

Dated:   December 2, 2024

UNITED STATES DISTRICT JUDGE