PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:24-CR-00254-KES-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| BRANDON RUSSELL BORGES, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for Brandon Russell Borges ("the defendant"), that this action's **Wednesday, December 11, 2024, status conference be continued to Wednesday, March 12, 2025, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1.  The grand jury returned an indictment regarding this matter on October 24, 2024.  ECF 1. Since then, the government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by the Local Rules.

1

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

2. The government provided the defense with supplemental discovery on November 21, 2024. The defense is and has been reviewing discovery thus far provided.

3. The government will follow up with law enforcement to determine the extent additional supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

4. As defense counsel completes his analysis of the discovery produced in this case, counsel for the government will work with the defense and the HSI Fresno office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

5. Defense counsel requires more time to complete his review of the discovery, complete any additional investigation, discuss the case with the defendant, and consult with experts.

6. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

7. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to the continuance.

9. The parties therefore stipulate that the period of time from December 11, 2024, through March 12, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking

///

///

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

2

1    such action outweigh the best interest of the public and the defendant in a speedy trial.

2        IT IS SO STIPULATED.

3    Dated:  December 3, 2024                         PHILLIP A. TALBERT
                                                      United States Attorney
4

5                                              By:  /s/ BRITTANY M. GUNTER
                                                    BRITTANY M. GUNTER
6                                                   Assistant United States Attorney

7

8    Dated: December 3, 2024                   By:  /s/ GRIFFIN ESTES
                                                    GRIFFIN ESTES
9                                                   Attorney for Defendant
                                                    Brandon Russell Borges
10

11                                    **O R D E R**

12       IT IS ORDERED that the status conference currently set for December 11, 2024, at 1:00 pm is

13   continued until **March 12, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

14       IT IS FURTHER ORDERED THAT the period of time from December 11, 2024, through March

15   12, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it

16   results from a continuance granted by the Court at the parties' request on the basis of the Court's finding

17   that the ends of justice served by taking such action outweigh the best interest of the public and the

18   defendant in a speedy trial.

19

20   IT IS SO ORDERED.

21

22   Dated:   **December 3, 2024**              /s/ Barbara A. McAuliffe

23                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27                                          3

28   STIPULATION TO CONTINUE STATUS CONFERENCE AND
     EXCLUDE TIME UNDER SPEEDY TRIAL ACT