1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                Case No: 1:24-CR-00254-KES-BAM

12                          Plaintiff,       STIPULATION TO CONTINUE STATUS
                                             CONFERENCE AND EXCLUDE TIME UNDER
13                     v.                    SPEEDY TRIAL ACT; ORDER

14  BRANDON RUSSELL BORGES,

15                          Defendant.

16

17

18        THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19  United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for

20  Brandon Russell Borges ("the defendant"), that this action's **Wednesday, August 13, 2025, status**

21  **conference be continued to Wednesday, October 22, 2025, at 1:00 p.m.**  The parties likewise ask the

22  court to endorse this stipulation by way of formal order.

23        The parties base this stipulation on good cause, as follows:

24        1. The grand jury returned an indictment regarding this matter on October 24, 2024.  ECF 1.

25           Since then, the government prepared and delivered an initial set of discovery to defense

26           counsel within the time limits set forth by the Local Rules.

27                                           1

28  STIPULATION TO CONTINUE STATUS CONFERENCE AND
    EXCLUDE TIME UNDER SPEEDY TRIAL ACT

2. The government provided the defense with supplemental discovery on November 21, 2024, January 22, 2025, and July 23, 2025. The defense is and has been reviewing discovery thus far provided.

3. The government will follow up with law enforcement to determine the extent additional supplemental discovery exists. The government received restitution requests from victims that it will be producing to the defense by August 8, 2025. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

4. As defense counsel completes his analysis of the discovery produced in this case, counsel for the government will work with the defense and the HSI Fresno office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

5. The defense hired an expert to review the evidence at the HSI Fresno office. Defense counsel and his expert are currently scheduled to review the electronic evidence between August 11 and August 13, 2025. Defense counsel requires more time to complete his review of the discovery, complete any additional investigation, discuss the case with the defendant, and consult with experts.

6. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial. Defense counsel asked the government for a plea offer, which the government previously provided.

7. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to the continuance.

9. The parties therefore stipulate that the period of time from August 13, 2025, through October 22, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)

2

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

because it results from a continuance granted by the Court at the parties' request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: July 31, 2025                                      KIMBERLY A. SANCHEZ
                                                         Acting United States Attorney


                                                 By:  /s/ BRITTANY M. GUNTER
                                                      BRITTANY M. GUNTER
                                                      Assistant United States Attorney


Dated: July 31, 2025                             By: _ /s/ GRIFFIN ESTES
                                                      GRIFFIN ESTES
                                                      Attorney for Defendant
                                                      Brandon Russell Borges


## O R D E R

IT IS ORDERED that the status conference currently set for August 13, 2025, at 1:00 pm is

continued until **October 22, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from August 13, 2025, through and

including October 22, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the

public and the defendant in a speedy trial.


IT IS SO ORDERED.

Dated:   **August 2, 2025**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE


STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT