```
ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:24-CR-00254-KES-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| BRANDON RUSSELL BORGES, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for Brandon Russell Borges ("the defendant"), that this action's **Wednesday, October 22, 2025, status conference be continued to Wednesday, December 10, 2025, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an indictment regarding this matter on October 24, 2024. ECF 1. Since then, the government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by the Local Rules.

2. The government provided defense counsel with supplemental discovery on November 21, 2024, as well as January 22, July 23, August 1, and August 18, 2025. The defense is and has been reviewing discovery thus far provided.

3. The government will follow up with law enforcement to determine the extent additional supplemental discovery exists. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

4. In August 2025, defense counsel and his expert reviewed the electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

5. Defense counsel needs additional time to consult with the defendant about the case and the review of the electronic evidence. The government previously extended a plea offer, which defense counsel also needs additional time to discuss with the defendant.

6. If the case does not resolve by plea agreement, the parties intend to ask the Court at the December 10 status conference to set the case for a trial in 2026.

7. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to the continuance.

9. The parties therefore stipulate that the period of time from October 22, 2025, through December 10, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking

///

///

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

2

such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  October 15, 2025                        ERIC GRANT
                                                United States Attorney

                                           By:  /s/ BRITTANY M. GUNTER
                                                BRITTANY M. GUNTER
                                                Assistant United States Attorney


Dated: October 15, 2025                    By:  /s/ GRIFFIN ESTES
                                                GRIFFIN ESTES
                                                Attorney for Defendant
                                                Brandon Russell Borges


# O R D E R

IT IS ORDERED that the status conference currently set for October 22, 2025, at 1:00 pm is continued to **December 10, 2025, at 1:00 pm, before the Honorable Barbara A. McAuliffe.**  <u>If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.</u>

IT IS FURTHER ORDERED THAT the period of time from October 22, 2025, through and including December 10, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 15, 2025**                   /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE