ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:24-CR-00254-KES-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| BRANDON RUSSELL BORGES, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for Brandon Russell Borges ("the defendant"), that this action's **Wednesday, December 10, 2025, status conference be continued to Wednesday, March 11, 2026, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an indictment regarding this matter on October 24, 2024. ECF 1. Since then, the government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by the Local Rules.

1

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

2.  The government provided defense counsel with supplemental discovery on November 21, 2024, as well as January 22, July 23, August 1, August 18, and December 1, 2025.  The defense is and has been reviewing discovery thus far provided.

3.  The government will follow up with law enforcement to determine the extent additional supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

4.  Defense counsel requested a specific item of discovery, which the government is working with law enforcement to address.  The government anticipates addressing the request by December 5, 2025.

5.  In August 2025, defense counsel and his expert reviewed the electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

6.  On October 15, 2025, the Court set the case for a status conference on December 10, 2025.  ECF 44.  On November 21, 2025, the Court issued an order directing the parties to confer and select a mutually convenient trial date to be discussed at the status conference.  ECF 45.  The Court indicated that, alternatively, the parties could submit a stipulation to set the trial date.  ECF 45.

7.  The parties conferred.  Defense counsel informed the government that on October 31, 2025, a trial was set in another one of his cases to begin on December 3.  The trial is expected to last approximately 6-10 days, which will likely make him unavailable for the December 10 status conference.  Defense counsel also needs additional time to consult with the defendant about the case and the review of the electronic evidence.  The government previously extended a plea offer, which defense counsel also needs additional time to discuss with the defendant.  The government is also working to address the defendant's discovery request by December 5.  Accordingly, the parties are requesting one additional continuance of the status conference to March 11, 2026.  The parties agree that by the March 11 status conference, they will be

2

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1    prepared to resolve the case or set the case for a mutually convenient trial date.

2    8.    Defense counsel believes that failure to grant the above-requested continuance would deny

3    him the reasonable time necessary for effective preparation, taking into account the exercise

4    of due diligence.

5    9.    The government does not object to the continuance.

6    10.    The parties therefore stipulate that the period of time from December 10, 2025, through

7    March 11, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

8    and (iv) because it results from a continuance granted by the Court at the parties' request on

9    the basis of the Court's finding that the ends of justice served by taking

10    such action outweigh the best interest of the public and the defendant in a speedy trial.

11    IT IS SO STIPULATED.

12    Dated:  December 1, 2025                    ERIC GRANT
                                                   United States Attorney
13

14                                               By:   /s/ BRITTANY M. GUNTER
                                                       BRITTANY M. GUNTER
15                                                     Assistant United States Attorney

16

17    Dated: December 1, 2025                    By:   /s/ GRIFFIN ESTES
                                                       GRIFFIN ESTES
18                                                     Attorney for Defendant
                                                       Brandon Russell Borges

19

20

21

22

23

24

25

26

27                                               3
      STIPULATION TO CONTINUE STATUS CONFERENCE AND
28    EXCLUDE TIME UNDER SPEEDY TRIAL ACT

**O R D E R**

The stipulation for continuance is PARTIALLY GRANTED.  IT IS ORDERED that the status conference currently set for December 10, 2025, at 1:00 pm is continued to **January 28, 2026, at 1:00 pm, before the Honorable Barbara A. McAuliffe.** The Court will not grant further continuances, absent good cause, which will be narrowly construed, and will set a trial date at the next status conference if the case is not resolved in advance of that status hearing.

IT IS FURTHER ORDERED THAT the period of time from December 10, 2025, through and including January 28, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    **December 1, 2025**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

4