ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BRANDON RUSSELL BORGES,<br><br>　　　　　　Defendant. | Case No: 1:24-CR-00254-KES-EPG<br><br>STIPULATION TO SET TRIAL DATE, CONTINUE STATUS CONFERENCE, AND EXCLUDE TIME; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for Brandon Russell Borges ("the defendant"), that 1) this case **be set for trial on December 8, 2026**, and 2) the **status conference set for January 28, 2026, be continued to July 22, 2026, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an indictment regarding this matter on October 24, 2024. ECF 1. Since then, the government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by the Local Rules.

STIPULATION TO SET TRIAL DATE,
CONTINUE STATUS CONFERENCE, AND
EXCLUDE TIME

1

2. The government provided defense counsel with supplemental discovery on November 21, 2024, as well as January 22, July 23, August 1, August 18, December 1, and December 5, 2025. The defense is and has been reviewing discovery thus far provided.

3. The government will follow up with law enforcement to determine the extent additional supplemental discovery exists. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

4. The parties conferred about a mutually convenient date for trial and request that the Court set the case for trial on December 8, 2026. The parties anticipate the trial will take 3-5 days. The parties cleared this proposed trial date with the courtroom deputy for the Honorable Kirk Sherriff.

5. Defense counsel needs additional time, through the requested date for trial, to prepare for trial, including by consulting with an expert and discussing the case with the defendant. The parties will also continue to confer regarding plea negotiations to determine whether the case can be resolved prior to trial.

6. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. In light of the requested trial date, the parties respectfully request that the status conference currently set for January 28, 2026, be continued to July 22, 2026, at 1:00 p.m.

8. The government does not object to the continuance.

9. The parties therefore stipulate that the period of time from January 28, 2026, through and including December 8, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the

STIPULATION TO SET TRIAL DATE, CONTINUE STATUS CONFERENCE, AND EXCLUDE TIME

2

parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: December 22, 2025  ERIC GRANT
United States Attorney

By: /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: December 19, 2025  By: /s/ GRIFFIN ESTES
GRIFFIN ESTES
Attorney for Defendant
Brandon Russell Borges

## **O R D E R**

IT IS ORDERED that

1) The case is set for trial on December 8, 2026;

2) The status conference currently set for January 28, 2026, is continued to **July 22, 2026, at 1:00 p.m., before the Honorable Erica P. Grosjean**; and

3) The period of time from January 28, 2026, through and including December 8, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **December 22, 2025**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO SET TRIAL DATE,
CONTINUE STATUS CONFERENCE, AND
EXCLUDE TIME